**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Charles M. Caldwell*
Charles M. Caldwell
United States Bankruptcy Judge

**Dated: December 28, 2016**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | : | **Case No. 16-53727** |
| | : | |
| Tommy R. Montgomery | : | Chapter **13** |
| Karen Y. Montgomery | : | |
| | : | (Judge Caldwell) |
| Debtor. | | |

### SCHEDULING ORDER REGARDING OBJECTION TO CLAIM (DOC. NO. 23) AND THE RESPONSE OF CREDITOR OHIO DEPARTMENT OF TAXATION (DOC. NO. 26)

The Court has reviewed the above-captioned pleadings regarding the objection to claim and the response of the creditor.  It appears that this dispute may be resolved by the exchange of documentation and discussions.    Accordingly, the following schedule is established:

- On or before **February 21, 2017**, the parties shall exchange all information relevant to their dispute, and shall meet to determine whether a settlement can be reached.

- On or before **February 21, 2017**, the parties shall upload an agreed entry or a  joint  request for hearing indicating the amount of  hearing time required, and including  a detailed list of witnesses  to be called  and documents to be offered into evidence.

**IT IS SO ORDERED.**

**Copies to**:

Default List
Erin Dooley, Esq.   (electronic service)
Michelle Rahwan, Courtroom Deputy

###